# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SNOWE, INC.,<br><br>　　　　　　　Defendant. | Case No. 1:21-cv-10349 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Stephen Giannaros voluntarily dismisses all claims alleged in the case, *Giannaros v. Snowe, Inc.*, No. 1:21-cv-10349, without prejudice, and with each party bearing his and its own costs. Defendant Snowe, Inc. has not filed a responsive pleading such that dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate.

Dated: May 7, 2021　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　*/s/ Jason M. Leviton*
　　　　　　　　　　　　　　　　　Jason M. Leviton (BBO# 678331)
　　　　　　　　　　　　　　　　　**BLOCK & LEVITON LLP**
　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　Phone: (617) 398-5600
　　　　　　　　　　　　　　　　　jason@blockleviton.com

　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him/His)
　　　　　　　　　　　　　　　　　Pa. No. 312144
　　　　　　　　　　　　　　　　　Kevin J. Abramowicz
　　　　　　　　　　　　　　　　　Pa. No. 320659
　　　　　　　　　　　　　　　　　**EAST END TRIAL GROUP LLC**
　　　　　　　　　　　　　　　　　6901 Lynn Way, Suite 215
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15208
　　　　　　　　　　　　　　　　　Tel. (412) 877-5220
　　　　　　　　　　　　　　　　　ktucker@eastendtrialgroup.com
　　　　　　　　　　　　　　　　　kabramowicz@eastendtrialgroup.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: May 7, 2021 /s/ *Jason M. Leviton*
Jason M. Leviton